UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

CASE NO.: 2:18–cv–10353–R–MAA　　　　　　　　　DATE: June 18, 2019

TITLE:　　Chris Langer v. Lizbeth A. Ecke et al

========================================================

PRESENT: **HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE**

　　Christine Chung　　　　　　　　　　　　　N/A
　　　Deputy Clerk　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:　　ATTORNEYS PRESENT FOR DEFENDANTS:

　　　Not Present　　　　　　　　　　　　Not Present

**PROCEEDINGS:　ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

　　Plaintiff is hereby ordered to show cause in writing by not later than **June 24, 2019** why this action should not be dismissed for lack of prosecution.

　　The court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

- **Plaintiff's request for entry of default**

- **Answer** by the defendant(s) or responsive pleading

　　In the event both documents are filed before the above date, the answer will take precedence.

　　In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to timely respond to the Court's Order will result in the dismissal of the action.

　　IT IS SO ORDERED.

**MINUTES FORM II**　　　　　　　　　　　　　　Initials of Deputy Clerk: cch
**CIVIL - GEN**